## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

|  |  |
|---|---|
| ROCIO YOUNG, ) | Case No.: |
| ) | |
| Plaintiff. ) | **4:21-cv-00274** |
| ) | |
| v. ) | |
| ) | |
| AEROFLOW INC d/b/a ) | |
| AEROFLOW HEALTHCARE. ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

reached settlement. The parties anticipate filing a stipulation of dismissal of this

action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.


Dated: March 25, 2021         By: */s/ Amy L. B. Ginsburg*
                                         Amy L. B. Ginsburg, Esquire
                                         Kimmel & Silverman, P.C.
                                         30 E. Butler Pike
                                         Ambler, PA 19002
                                         Phone: (215) 540-8888
                                         Fax: (877) 788-2864
                                         Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via electronic mail:

Mark S. Eisen
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
Phone: 312.212.4956
Fax: 312.767.9192
Email: meisen@beneschlaw.com
Attorney for Defendant

Dated: March 25, 2021                By: */s/ Amy L. B. Ginsburg*
                                         Amy L. B. Ginsburg, Esquire
                                         Kimmel & Silverman, P.C.
                                         30 E. Butler Pike
                                         Ambler, PA 19002
                                         Phone: (215) 540-8888
                                         Fax: (877) 788-2864
                                         Email: aginsburg@creditlaw.com