United States District Court
Southern District of Texas
**ENTERED**
March 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROCIO YOUNG, § § § Plaintiff, § VS. § AEROFLOW, INC. d/b/a AEROFLOW § HEALTHCARE, § § Defendant. § | CIVIL ACTION NO. 4:21-CV-00274 |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty (60) days after the entry of this Order.

It is so Ordered.

SIGNED on this 25th day of March, 2021.

_____
Kenneth M. Hoyt
United States District Judge