UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

|  |  |
|---|---|
| **ROCIO YOUNG,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**AEROFLOW INC d/b/a** )<br>**AEROFLOW HEALTH,** )<br>)<br>Defendant. ) | Case No.: 4:21-cv-00274 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: April 16, 2021          BY: */s/ Amy L. B. Ginsburg*
                                               Amy L. B. Ginsburg, Esquire
                                               Kimmel & Silverman, P.C.
                                               30 East Butler Pike
                                               Ambler, PA 19002
                                               Phone: (215) 540-8888 ext. 167
                                               Facsimile: (877) 788-2864
                                               Email: teamkimmel@creditlaw.com
                                               Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, do certify that I served a true and correct copy of Plaintiff's Notice of Voluntary Dismissal in the above-captioned matter, upon the Clerk of Court via ECF.

                                          KIMMEL & SILVERMAN, P.C.

Date: April 16, 2021        By:   /s/ Amy L. B. Ginsburg
                                                   Amy L. B. Ginsburg, Esquire
                                                   Kimmel & Silverman, P.C.
                                                   30 East Butler Pike
                                                   Ambler, PA 19002
                                                   Telephone: 215-540-8888
                                                   Facsimile: 215-540-8817
                                                   aginsburg@creditlaw.com